1  **SARA M. PELOQUIN**
    California State Bar No. 254945
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
    225 Broadway, Suite 900
3  San Diego, California 92101-5008
    Telephone: (619) 234-8467
4  Sara_Peloquin@fd.org

5  Attorneys for Mr. Ortega

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,   ) | Case No. 08MJ0978
                                 )
12 |              Plaintiff,     )
                                 )
13 | v.                          )
                                 ) **NOTICE OF APPEARANCE**
14 | **MIKE ORTEGA**             )
                                 )
15 |              Defendant.     )
                                 )

16

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                              Respectfully submitted,

21

22 Dated: April 2, 2008                          /s/ *Sara Peloquin*
                                                **SARA M. PELOQUIN**
23                                              Federal Defenders of San Diego, Inc.
                                                Attorneys for Mr. Ortega

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  April 2, 2008                    /s/  Sara Peloquin
                                         **SARA M. PELOQUIN**
                                         Federal Defenders of San Diego, Inc.
                                         225 Broadway, Suite 900
                                         San Diego, CA  92101-5030
                                         (619) 234-8467  (tel)
                                         (619) 687-2666  (fax)
                                         Sara_Peloquin@fd.org