AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MIKE ORTEGA | CASE NUMBER: 08CR1308-BEN |

I, __MIKE ORTEGA__, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __4/24/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Mike Ortega_
Defendant

_signature_
Counsel for Defendant

Before _signature_
JUDICIAL OFFICER



FILED
APR 2 4 2008